IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARCELA OLVERA-MORALES, ) | |
| on behalf of herself and all others ) | |
| similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:05CV00559 |
| ) | |
| INTERNATIONAL LABOR MANAGEMENT ) | |
| CORPORATION, INC.; NORTH CAROLINA ) | |
| GROWERS ASSOCIATION, INC.; and ) | |
| DEL-AL ASSOCIATES, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER

For the reasons stated in a contemporaneously filed Memorandum Opinion, Plaintiff's Motion for Class Certification [Doc. # 57] is GRANTED, and Defendants' Motions for Leave to File a Surreply [Doc. ## 87, 88] are DENIED.

This the 7th day of November, 2007.

/s/ N. Carlton Tilley, Jr.
United States District Judge