IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCELA OLVERA-MORALES,  )
on behalf of herself and all others )
similarly situated, )
 )
              Plaintiffs, )
 )
v. )     1:05CV00559
 )
INTERNATIONAL LABOR MANAGEMENT )
CORPORATION, INC.; NORTH CAROLINA )
GROWERS ASSOCIATION, INC.; and )
DEL-AL ASSOCIATES, INC., )
 )
              Defendants. )
_____ )

ORDER

For the reasons to be stated in a Memorandum Opinion which will follow, International Labor Management Corporation, Inc. ("ILMC") and North Carolina Grower's Association, Inc.'s ("NCGA") Motion for Summary Judgment [Doc. # 101] on the Title VII claims is GRANTED as to ILMC, and those claims are DISMISSED. ILMC and NCGA's Motion for Summary Judgment [Doc. # 101] on the Title VII claims is DENIED as to NCGA. Del-Al Associates, Inc.'s ("Del-Al") Motion for Summary Judgment [Doc. # 98] as to the Title VII claims is GRANTED, and those claims are DISMISSED. The Court declines to exercise supplemental jurisdiction over the claims pursuant to the New York Human Rights Law, and

those claims are DISMISSED WITHOUT PREJUDICE.

    This the 18th day of December, 2007.

<u>/s/ N. Carlton Tilley, Jr.</u>
United States District Judge

2